UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**KRISTIN KATHERINE BAISCH RICKER**

    *Plaintiff(s) / Petitioner(s)*

v.                                                                Case No.: 1:26-cv-02263

**INSURANCE PIPELINE INC**

    *Defendant(s) / Respondent(s)*

## AFFIDAVIT OF SERVICE

I, Juan Rivera, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to INSURANCE PIPELINE INC in Broward County, FL on March 6, 2026 at 11:48 am at 820 NE 5th Ter, Fort Lauderdale, FL 33304-2701 by leaving the following documents with Julia Crisafi who as Person in charge is authorized by appointment or by law to receive service of process for INSURANCE PIPELINE INC.

CLASS ACTION COMPLAINT
SUMMONS IN A CIVIL ACTION
CIVIL COVER SHEET
Race: White, Sex: Female, Est. Age: 35-44, Hair: Black, Glasses: N, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=26.1340133,-80.1379791
Photograph: See Exhibit 1

Total Cost: $85.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

Executed in                                        /s/ *Juan Rivera*

    Broward County                    ,     Signature
                                                               Juan Rivera
    FL      on      3/9/2026              .     +1 (786) 447-3851



