## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Kristin Katherine Baisch
Ricker v. Insurance
Pipeline Inc.

Case Number: 1:26-cv-02263

An appearance is hereby filed by the undersigned as attorney for:

Insurance Pipeline Inc.

Attorney name (type or print): David F. Standa

Firm: Greenspoon Marder LLP

Street address: 227 West Monroe Street

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6300942
(See item 3 in instructions)

Telephone Number: (312) 860-3207

Email Address: david.standa@gmlaw.com

Are you acting as lead counsel in this case? ☑Yes ☐No

Are you a member of the court's general bar? ☑Yes ☐No

Are you a member of the court's trial bar? ☐Yes ☑No

Are you appearing *pro hac vice*? ☐Yes ☑No

If this case reaches trial, will you act as the trial attorney? ☑Yes ☐No

If this is a criminal case, check your status.

☑ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 25, 2026

Attorney signature: S/ David F. Standa
_____
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023