**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

KRISTIN KATHERINE BAISCH RICKER,
on behalf of herself and others similarly situated,

       Plaintiff,

v.                                   Case No.: 1:26-cv-02263

INSURANCE PIPELINE INC,

       Defendant.

_____/

**DEFENDANT'S UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendant INSURANCE PIPELINE INC, ("Insurance Pipeline"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6, *et seq*., L.R. 5.3, and Honorable Judge Kocoras's Case Procedures on Motion Practice, herein serves this Unopposed Motion for Extension of Time to Respond to the Complaint (D.E. 1), and states as follows:

1.      On February 27, 2026, Plaintiff Kristin Katherine Baisch Ricker ("Plaintiff" or "Ricker") filed her titled Class Action Complaint (the "Complaint"). D.E. 1.

2.      On March 6, 2026, Defendant Insurance Pipeline was served with the summons and Complaint, with a deadline to respond to the Complaint of March 27, 2026. D.E. 5.

3.      Defendant Insurance Pipeline's counsel conferred with Plaintiff Ricker's counsel, requesting an extension of time to respond to the Complaint on or before April 26, 2026.

4.      Plaintiff Ricker's counsel does not oppose the relief sought herein. Accordingly, the agreed upon response date is now Wednesday, April 26, 2026.

5.      Defendant Insurance Pipeline asserts that the relief sought herein is not made in bad faith nor for purposes of undue delay. Rather, the undersigned must meet with its client and assess the relevant facts and evidence, review the relevant documentation and allegations in the

1

Complaint, analyze the claims to formulate a responsive pleading, and conduct substantive legal research on the case law cited in the Complaint, including the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, and 47 C.F.R. § 64.1200, and their application by Illinois federal courts. Additionally, undersigned counsel already has several deadlines pending in both state courts and federal courts during the next 30 days.

6.      Further, Defendant Insurance Pipeline's lead counsel, Jeffrey Gilbert, Esq., of Greenspoon Marder LPP, will be out of the office and unavailable to address this matter from April 3 -19, 2026.

7.      No party will be prejudiced by the requested extension of time.

8.      This is Defendant Insurance Pipeline's first request for an extension of time to respond to the Complaint.

**WHEREFORE**, Defendant INSURANCE PIPELINE INC respectfully requests this Court grant this Motion and enter an Order providing that Defendant shall respond to the Complaint by Wednesday, April 26, 2026.

## <u>CERTIFICATE OF GOOD FAITH CONFERRAL</u>

Defendant INSURANCE PIPELINE INC herein certifies that counsel for the parties conferred in good faith and that Plaintiff Ricker's counsel has agreed to the response date of April 26, 2026.

Date: March 25, 2026                Respectfully submitted,

By: */s/ David F. Standa*
**DAVID F. STANDA**
Illinois Bar No. 6300942
david.standa@gmlaw.com
**GREENSPOON MARDER LLP**
227 W. Monroe Street, Suite 3950
Chicago, IL 60606

2

**JEFFREY GILBERT (Pro Hac Vice
to be Filed)**
Florida Bar No. 375411
jeffrey.gilbert@gmlaw.com
melissa.fernandez@gmlaw.com
**GREENSPOON MARDER LLP**
600 Brickell Avenue, 36th Floor
Miami, FL  33131
Direct Phone Number: 305-789-2761

*Attorneys for Defendant* INSURANCE PIPELINE
INC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 25, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certified that the foregoing document is being served this day on all counsel of record identified on the Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ David F. Standa*
**David F. Standa**

3