# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Kristin Katherine Baisch Ricker

                Plaintiff,

v.

Insurance Pipeline Inc

                Defendant.

Case No.: 1:26–cv–02263

Honorable Charles P. Kocoras

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 25, 2026:

      MINUTE entry before the Honorable Charles P. Kocoras: Defendant's unopposed motion for extension of time [8] is granted. Defendant must answer the complaint or otherwise plead by 4/27/2026. The joint initial status report ordered due on 4/10/2026 is now due on 5/4/2026. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.