**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

KRISTIN KATHERINE BAISCH RICKER,
on behalf of herself and others similarly situated,

       Plaintiff,

  v.                          Case No.: 1:26-cv-02263

INSURANCE PIPELINE INC,

       Defendant.

_____/

**DEFENDANT'S SECOND UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendant INSURANCE PIPELINE INC, ("Insurance Pipeline"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6, *et seq*., L.R. 5.3, and Honorable Judge Kocoras's Case Procedures on Motion Practice, herein serves this Unopposed Motion for Second Extension of Time to Respond to the Complaint (D.E. 1), and states as follows:

1.      On February 27, 2026, Plaintiff Kristin Katherine Baisch Ricker ("Plaintiff" or "Ricker") filed her titled Class Action Complaint (the "Complaint"). D.E. 1.

2.      Defendant Insurance Pipeline's current deadline to respond to the Complaint is April 27, 2026. D.E. 9.

3.      Defendant Insurance Pipeline's counsel conferred with Plaintiff Ricker's counsel, requesting an additional one-week extension of time to respond to the Complaint on or before May 6, 2026.

4.      Plaintiff Ricker's counsel does not oppose the relief sought herein. Accordingly, the agreed upon response date is now Wednesday, May 6, 2026.

5.      Defendant Insurance Pipeline asserts that the relief sought herein is not made in bad faith nor for purposes of undue delay. Rather, the undersigned and Ricker's counsel had agreed to

1

a first extension of time until Wednesday, April 29, 2026 to respond to the Complaint. The undersigned had inadvertently filed its unopposed motion for extension of time with the wrong agreed upon date as "Wednesday, April 26, 2026." D.E. 8. The Court entered an Order setting the response due date as April 27, 2026. D.E. 9.

6. Insurance Pipeline needs an additional one-week from the agreed upon date of April 29, 2026, to analyze its position as to the allegations in the Complaint and to conduct substantive legal research on the case law cited in the Complaint, including the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, and 47 C.F.R. § 64.1200, and their application by Illinois federal courts. Additionally, undersigned counsel already has several deadlines pending in both state courts and federal courts during the next two weeks.

7. Further, Defendant Insurance Pipeline's second chair counsel, Patricija Gegznaite, Esq., of Greenspoon Marder LLP, will be out of the office and unavailable to address this matter from April 23 to 26, 2026.

8. No party will be prejudiced by the requested extension of time.

9. This is Defendant Insurance Pipeline's second request for an extension of time to respond to the Complaint. However, Defendant Insurance Pipeline is only requesting an additional week from the agreed date.

**WHEREFORE**, Defendant INSURANCE PIPELINE INC respectfully requests this Court grant this Motion and enter an Order providing that Defendant shall respond to the Complaint by Wednesday, May 6, 2026.

2

### CERTIFICATE OF GOOD FAITH CONFERRAL

Defendant INSURANCE PIPELINE INC herein certifies that counsel for the parties conferred in good faith and that Plaintiff Ricker's counsel has agreed to the response date of May 6, 2026.

Date: April 21, 2026

Respectfully submitted,

By: */s/David F. Standa*
**DAVID F. STANDA**
Illinois Bar No. 6300942
david.standa@gmlaw.com
**GREENSPOON MARDER LLP**
227 W. Monroe Street, Suite 3950
Chicago, IL 60606
**JEFFREY GILBERT (Pro Hac Vice**
**to be Filed)**
Florida Bar No. 375411
jeffrey.gilbert@gmlaw.com
melissa.fernandez@gmlaw.com
**PATRICIJA GEGZNAITE (Pro Hac Vice**
**to be Filed)**
Florida Bar No. 1031252
patricija.gegznaite@gmlaw.com
**GREENSPOON MARDER LLP**
600 Brickell Avenue, 36th Floor
Miami, FL 33131
Direct Phone Number: 305-789-2761

*Attorneys for Defendant* INSURANCE PIPELINE INC

3

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on April 21, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certified that the foregoing document is being served this day on all counsel of record identified on the Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/David F. Standa*
**David F. Standa**