**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

KRISTIN KATHERINE BAISCH RICKER,
on behalf of herself and others similarly situated,

        Plaintiff,

    v.                               Case No.: 1:26-cv-02263

INSURANCE PIPELINE INC,

        Defendant.

_____/

**DECLARATION OF ADAM BASSELL IN SUPPORT OF**
**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

I, Adam Bassell, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true and correct to the best of my knowledge, information, and belief:

1. I am the Director of Operations for Insurance Pipeline Inc. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify thereto.

2. This Declaration is made solely in support of Defendant's Motion to Dismiss Plaintiff's Complaint and is not intended for use in any other way.

3. Defendant Insurance Pipeline Inc. is incorporated in Florida with its principal place of business in Fort Lauderdale, Florida.

4. Defendant Insurance Pipeline Inc. does not maintain, own, lease, or operate any office, facility, storefront, warehouse, or other place of business in the State of Illinois.

5. Defendant Insurance Pipeline Inc. does not own, lease, or possess any real property, personal property, bank accounts, or other assets located in the State of Illinois.

6. Defendant Insurance Pipeline Inc. does not advertise its operations in the State of Illinois.

7. Defendant Insurance Pipeline Inc. does not market its operations in the State of Illinois.

8. Defendant Insurance Pipeline Inc. does not conduct, and has not conducted, any regular, systematic, or continuous business operations in the State of Illinois.

9. Defendant Insurance Pipeline Inc. has not consented to personal jurisdiction in the State of Illinois in connection with the claims asserted in this action.

Executed on May __6__, 2026, at Fort Lauderdale, Florida _____.

**ADAM BASSELL**
Director of Operations for Defendant Insurance
Pipeline Inc.

2