**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

KRISTIN KATHERINE BAISCH RICKER,
on behalf of herself and others similarly situated,

       Plaintiff,

  v.                               Case No.: 1:26-cv-02263

INSURANCE PIPELINE INC,

       Defendant.

_____ /

**<u>NOTICE OF MOTION</u>**

**PLEASE TAKE NOTICE THAT** on May 12, 2026 at 9:50 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Hon. Charles P. Kocoras, or whomever may be designated to sit in his stead, at conference line number 650.479.3207 access code 2307 261 5596, and then and there present Defendant Insurance Pipeline Inc.'s Motion to Dismiss Plaintiff's Complaint for lack of personal jurisdiction and failure to state a claim upon which relief can be granted.

Date: May 6, 2026                      Respectfully submitted,

                                    By: */s/David F. Standa*
                                    **DAVID F. STANDA**
                                    Illinois Bar No. 6300942
                                    david.standa@gmlaw.com
                                    **GREENSPOON MARDER LLP**
                                    227 W. Monroe Street, Suite 3950
                                    Chicago, IL 60606
                                    **JEFFREY GILBERT (Pro Hac Vice**
                                    **to be Filed)**
                                    Florida Bar No. 375411
                                    jeffrey.gilbert@gmlaw.com
                                    melissa.fernandez@gmlaw.com
                                    **GREENSPOON MARDER LLP**
                                    600 Brickell Avenue, 36th Floor
                                    Miami, FL 33131
                                    Direct Phone Number: 305-789-2761

                                    *Attorneys for Defendant Insurance Pipeline Inc.*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 6, 2026, I electronically filed the foregoing Notice of Motion with the Clerk of the Court using CM/ECF. I also certified that the foregoing document is being served this day on all counsel of record identified on the Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/David F. Standa*
**David F. Standa**

2