## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Kristin Katherine Baisch Ricker

                          Plaintiff,

v.                                            Case No.: 1:26–cv–02263
                                            Honorable Charles P. Kocoras

Insurance Pipeline Inc

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 7, 2026:

      MINUTE entry before the Honorable Charles P. Kocoras: Defendant's motion to dismiss [12] is entered and briefed as follows: response is due by 5/28/2026; reply is due by 6/11/2026. The Court will rule by mail. The presentment hearing noticed for 5/12/2026 is stricken with no appearance necessary. The joint initial status report due on 5/11/2026 is also stricken. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.