**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

KRISTIN KATHERINE BAISCH RICKER, on behalf of herself and others similarly situated

Plaintiff,

vs.

INSURANCE PIPELINE INC,

Defendant.

Case No. 26-cv-2263

### DECLARATION OF KRISTIN KATHERINE BAISCH RICKER

I, Kristin Katherine Baisch Ricker, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am over the age of eighteen and have personal knowledge of the facts stated herein.

2. I reside in Ogle County, Illinois.

3. At all relevant times, I was the regular and sole user of cellular telephone number (815) XXX-XXXX.

4. I have used this telephone number as my personal residential telephone number since approximately 1996.

5. My telephone number was registered on the National Do Not Call Registry beginning on or about August 15, 2005, and remained registered at all relevant times.

6. I did not provide prior express consent to Insurance Pipeline Inc. to call me.

7. I did not request insurance information, quotes, or telemarketing communications from Insurance Pipeline Inc.

8.     On February 4, 2025, I received a telemarketing call on my cellular telephone from telephone number (815) 234-3900 while I was located in Illinois.

9.     During the February 4, 2025 call, the caller identified the company as "Healthcare Insurance."

10.     I informed the caller that they had the wrong person and instructed them not to call me again.

11.     On April 24, 2025, I received another telemarketing call on my cellular telephone from telephone number (815) 234-9996 while I was located in Illinois.

12.     During the April 24, 2025 call, the caller discussed insurance products offered by Insurance Pipeline Inc.

13.     During the call, I was transferred to a person named "Natasha."

14.     Natasha identified herself as associated with Insurance Pipeline Inc.

15.     Natasha provided me with the website address "theinsupipeline.com."

16.     Natasha provided me with a callback number of (888) 702-3773.

17.     Based on the statements made during the calls, the transfer to Natasha, the website provided, and the callback number provided, I understood that Insurance Pipeline Inc. directly placed the telemarketing calls to me.

18.     After the April 24, 2025 call, I received additional telemarketing calls associated with Insurance Pipeline Inc. from telephone number (815) 296-5065.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 7, 2026.

_____
Kristin Katherine Baisch Ricker