**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kristin Katherine Baisch Ricker
Plaintiff,
v.
Case No.: 1:26−cv−02263
Honorable Georgia N. Alexakis
Insurance Pipeline Inc
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 12, 2026:

MINUTE entry before the Honorable Georgia N. Alexakis: The Court has reviewed the parties' joint status report [22] and refers this matter to Magistrate Judge Holleb Hotaling for discovery scheduling and supervision and to conduct a settlement conference, as necessary. For Magistrate Judge Holleb Hotaling's benefit, the Court notes that the parties' competing positions regarding discovery is in the joint status report. This Court will set any briefing schedule on a summary judgment motion following the completion of discovery and an in−chambers summary judgment conference (described further in the Court's standing orders). Mailed notice. (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.