**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kristin Katherine Baisch Ricker
Plaintiff,
v.
Insurance Pipeline Inc
Defendant.

Case No.: 1:26−cv−02263
Honorable Georgia N. Alexakis

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Keri L. Holleb Hotaling for the purpose of holding proceedings related to: discovery scheduling and supervision and to conduct a settlement conference. Mailed notice. (vkm, )

Dated: November 12, 2026

/s/ Georgia N. Alexakis
United States District Judge