**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kristin Katherine Baisch Ricker
Plaintiff,
v.
Insurance Pipeline Inc
Defendant.

Case No.: 1:26−cv−02263
Honorable Georgia N. Alexakis

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 16, 2026:

MINUTE entry before the Honorable Keri L. Holleb Hotaling: The Court has reviewed the parties' joint status report [Dkt. 21]. The Court holds, consistent with Katz v. Allied First Bank, SB, No. 22−cv−5277, ECF No. 14 (January 3, 2023), that there is not a need to bifurcate discovery in this case. There will be some overlap in discovery here. Discovery as to commonality and typicality under Rule 23 will also apply to the merits of the claim. Moreover, the district court must conduct a rigorous analysis in determining class certification and that will often require some evaluation about facts that go to the merits of a plaintiff's underlying claims. Wal−Mart Stores, Inc. v. Dukes, 564 U.S. 338, 351 (2011). Thus, bifurcating discovery often does not make sense as the lines between "class discovery" and "merits discovery" are significantly blurred. The Court has reviewed Plaintiff's claims and determined that is the case here. Thus, the Court exercises its substantial discretion in managing discovery under Rule 16 and issues the following discovery schedule: (1) Rule 26(a)(1) disclosures by 11/20/2026; all fact discovery shall be completed by 6/4/2027. The Civil Rule 16(b)(3)(A) deadline to amend pleadings and join parties is 2/5/2027, after which good cause must be shown to add parties or amend pleadings. Alioto v. Town of Lisbon, 651 F.3d 715, 719−20 (7th Cir. 2011). Before that deadline, Rule 15(a)(2) applies. Whether expert discovery is necessary before a class certification motion is filed is an issue to be discussed at a later time.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.